IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEVEN LEE ANDERSON, #286382, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 2:18-CV-545-WKW-SRW [WO] |
| WARDEN JONES, *et al.*, | ) ) | |
| Defendants. | ) | |

# **ORDER**

On June 16, 2021, Plaintiff moved to dismiss this action, advising that he does not wish to continue with this action and "will not comply further." (Doc. # 78 at 2.) On June 21, 2021, the Magistrate Judge filed a Report and Recommendation, recommending that this action be dismissed with prejudice. (Doc. # 79.) The Magistrate Judge informed the parties that any objections to the report must be filed by July 6, 2021. (*Id.* at 2.) On July 14, 2021, Plaintiff moved for an extension of time to file objections, now represented by counsel for the first time. (Doc. # 80.) The Magistrate Judge extended the time for response to August 16, 2021. (Doc. # 81.) No timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 79) is ADOPTED;

2. Plaintiff's Motion to Dismiss (Doc. # 78) is GRANTED;

3. This case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 30th day of August, 2021.

                                      /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE