IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN LEE ANDERSON, AIS # 286382, <br><br> Plaintiff, <br><br> v. <br><br> WARDEN JONES, CAPTAIN DRAKE, MR. WOOD, LIEUTENANT WALKER, SERGEANT PETERS, and SERGEANT HAGGINS, <br><br> Defendants. | CASE NO. 2:18-CV-545-WKW <br> [WO] |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 95) to which Plaintiff has filed an Objection (Doc. # 100). Based upon a *de novo* review of the Recommendation, 28 U.S.C. § 636(b), the court finds that the Objection lacks merit. Accordingly, it is ORDERED as follows:

(1) Plaintiff's Objection (Doc. # 100) is OVERRULED.

(2) The Recommendation (Doc. # 95) is ADOPTED.

(3) Defendants' Answer and Special Report (Doc. # 39) is construed as a motion for summary judgment.

(4) The motion for summary judgment is GRANTED in favor of all

Defendants as to Plaintiff's claims for monetary damages brought against them in their official capacities.

(5) The motion for summary judgment is GRANTED in favor of all Defendants as to Plaintiff's claim for deliberate indifference.

(6) The motion for summary judgment is GRANTED in favor of all Defendants as to Plaintiff's claim for retaliatory transfer.

Final judgment will be entered separately.

DONE this 29th day of March, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE